## George H. Helberg, Defendant in Error, v. Benjamin F. Odell, Plaintiff in Error.

### Gen. No. 20,104.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed April 13, 1915.

### Statement of the Case.

Action by George H. Helberg against Benjamin F. Odell to recover money paid under protest. Helberg on taking up his note was charged by defendant a sum for attorney's fees and interest, which he paid under protest. From a judgment in favor of plaintiff, the defendant brings error.

BENJAMIN F. J. ODELL, *pro se.*

No appearance for defendant in error.

MR. JUSTICE SMITH delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Chicago—First District—April, 1915.    267

## Abstract of the Decision.

Payment, § 43*—*when excess payment may be recovered.* Where the maker of a collateral note pays, under protest, to the holder a sum as attorney's fees and excess interest not demandable under the terms of the note, such sum may be recovered in a suit against him.